# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| VERA CLOWERS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | 5:19-cv-00179-MTT |
| | ) | |
| MANDARICH LAW GROUP, LLP; | ) | |
| CACH, LLC; LVNV FUNDING, LLC; | ) | |
| & RESURGENT CAPITAL SERVICES, | ) | |
| L.P., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## LVNV FUNDING, LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW LVNV Funding, LLC, Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.    Plaintiff        Vera Clowers

      B.    Defendant    Mandarich Law Group, LLP.

      C.    Defendant    CACH, LLC

      D.    Defendant    LVNV Funding, LLC

   E. Defendant   Resurgent Capital Services, L.P.

The undersigned counsel further certifies that LVNV Funding, LLC is not a publicly held or traded corporation and that no publicly held company owns more than 10% of its stock. Further, it is a non-governmental limited liability company that is 100% owned by Sherman Originator, LLC, which is a privately-held limited liability company.

 **(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

 None.

 Respectfully submitted this 10th day of July, 2019.

            **BEDARD LAW GROUP, P.C.**

            <u>/s/ Jonathan K. Aust</u>
            Jonathan K. Aust
            Georgia Bar No. 448584
            John H. Bedard, Jr.
            Georgia Bar No. 043473

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| VERA CLOWERS, )<br>)<br>      PLAINTIFF, )<br>)<br>v. )<br>)<br>MANDARICH LAW GROUP, LLP; )<br>CACH, LLC; LVNV FUNDING, LLC; )<br>& RESURGENT CAPITAL SERVICES, )<br>L.P., )<br>)<br>      DEFENDANTS. )<br>                                   ) | 5:19-cv-00179-MTT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed LVNV Funding, LLC's Corporate Disclosure Statement using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

David Addleton
dfaddleton@gmail.com

Respectfully submitted this 10th day of July, 2019.

                                    **BEDARD LAW GROUP, P.C.**

                                    /s/ Jonathan K. Aust
                                    Jonathan K. Aust
                                    Georgia Bar No. 448584
                                    John H. Bedard, Jr.
                                    Georgia Bar No. 043473